# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Thomas Alarm Systems, Inc. | § | Case No. 10-35928 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/11/2010. The undersigned trustee was appointed on 01/03/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    90,512.25

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 197.52 |
   | Bank service fees | 758.56 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 89,556.17 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/31/2011 and the deadline for filing governmental claims was 08/31/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 7,775.61 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 7,775.61 , for a total compensation of $ 7,775.61 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/10/2015                By:/s/Joji Takada, Chapter 7 Trustee
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 10-35928 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Thomas Alarm Systems, Inc. | | | | Date Filed (f) or Converted (c): | 08/11/2010 (f) |
| | | | | | 341(a) Meeting Date: | 08/11/2010 |
| For Period Ending: | 08/10/2015 | | | | Claims Bar Date: | 08/31/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Accounts Receivable<br><br>Receivables from: D.L. Cook $3,200.; G&H Developers $10.793.00; Jake And Elwood's $125.00 and M&S Security Systems $4,000 | 18,118.00 | 3,118.00 | | 0.00 | FA |
| 2. Interest in Note Receivable--Purchase Contract<br><br>Interest in Purchase contract and note dated December 1, 2009 | Unknown | 0.00 | | 90,509.42 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.83 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $18,118.00 | $3,118.00 | $90,512.25 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Brad Waller Note: Receiving monthly payments on Note Receivable--Purchase Contract; pending motion to compromise the Note Receivable--Purchase Contract for $20,000.00.
123013--Have settled note for $20,000 payment; Have hired accountant and are awaiting completion of prepetition tax returns in order to prepare and complete estate tax returns.

Tax returns prepared/filed -- Joji Takada 11/30/2014

Issue has arisen re prepetition tax returns (not responsibility of bankruptcy estate); Trustee accountant following up with IRS and Debtor account re same. - Joji Takada 2/25/2015

Initial Projected Date of Final Report (TFR): 12/31/2013    Current Projected Date of Final Report (TFR): 12/31/2015

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-35928 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | Thomas Alarm Systems, Inc. | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX6765 |
| | | | Money Market Account |
| Taxpayer ID No: | XX-XXX8639 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/10/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/08/11 | 2 | Thomas Alarm Systems, Inc. P.O. Box 699 Yorkville, IL 60560 | Installment Payment Payment per Interest in Purchase contract and note dated December 1, 2009 | 1121-000 | $5,278.37 | | $5,278.37 |
| 03/08/11 | 2 | Thomas Alarm Inc. P.O. Box 699 Yorkville, IL 60560 | Installment Payment Payment per Interest in Purchase contract and note dated December 1, 2009 | 1121-000 | $1,890.61 | | $7,168.98 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $7,169.02 |
| 04/11/11 | 2 | Thomas Alarm Systems, Inc. P.O. Box 699 Yorkville, IL 60560 | Installment Payment Payment per Interest in Purchase contract and note dated December 1, 2009 | 1121-000 | $5,278.37 | | $12,447.39 |
| 04/20/11 | 2 | Thomas Alarm Systems, Inc. P.O. Box 699 Yorkville, IL 60560 | Installment Payment Payment per Interest in Purchase contract and note dated December 1, 2009 | 1121-000 | $5,278.37 | | $17,725.76 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $17,725.85 |
| 05/26/11 | 2 | Thomas Alarm Systems, Inc. P.O. Box 699 Yorkville, IL 60560 | Installment Payment Payment per Interest in Purchase contract and note dated December 1, 2009 | 1121-000 | $5,278.37 | | $23,004.22 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 | | $23,004.37 |
| 06/27/11 | 2 | Thomas Alarm Systems, Inc. P.O. Box 699 Yorkville, IL 60560 | Installment Payment Payment per Interest in Purchase contract and note dated December 1, 2009 | 1121-000 | $5,278.37 | | $28,282.74 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.19 | | $28,282.93 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.24 | | $28,283.17 |
| 08/01/11 | | The Bank of New York Mellon | Bank and technology Services Fee | 2600-000 | | $54.24 | $28,228.93 |
| 08/08/11 | 2 | Thomas Alarm Systems, Inc. P.O. Box 699 Yorkville, IL 60560 | Installment Payment Payment per Interest in Purchase contract and note dated December 1, 2009 | 1121-000 | $5,278.37 | | $33,507.30 |

| | | | Page Subtotals: | | $33,561.54 | $54.24 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                             Exhibit B

| | | |
|---|---|---|
| Case No: 10-35928 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: Thomas Alarm Systems, Inc. | Bank Name: | The Bank of New York Mellon |
| | Account Number/CD#: | XXXXXX6765 |
| | | Money Market Account |
| Taxpayer ID No: XX-XXX8639 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 08/10/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/29/11 | 2 | Thomas Alarm Systems, Inc.<br>P.O. Box 699<br>Yorkville, IL 60560 | Installment Payment Payment per Interest in Purchase contract and note dated December 1, 2009 | 1121-000 | $5,278.37 | | $38,785.67 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.27 | | $38,785.94 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $74.07 | $38,711.87 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($1.94) | $38,713.81 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.31 | | $38,714.12 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $79.55 | $38,634.57 |
| 10/11/11 | 2 | Thomas Alarm Systems, Inc.<br>P.O. Box 699<br>Yorkville, IL 60560 | Installment Payment Payment per Interest in Purchase contract and note dated December 1, 2009 | 1121-000 | $5,278.37 | | $43,912.94 |
| 10/27/11 | 2 | Thomas Alarm Systems, Inc.<br>P.O. Box 699<br>Yorkville, IL 60560 | Installment Payment Payment per Interest in Purchase contract and note dated December 1, 2009 | 1121-000 | $5,278.37 | | $49,191.31 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.36 | | $49,191.67 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $82.89 | $49,108.78 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.40 | | $49,109.18 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $107.64 | $49,001.54 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.41 | | $49,001.95 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $100.68 | $48,901.27 |

| | | |
|---|---:|---:|
| Page Subtotals: | $15,836.86 | $442.89 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 10-35928 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Thomas Alarm Systems, Inc. | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX6765 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX8639 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/10/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/11/12 | 2 | Thomas Alarm Systems, Inc. P.O. Box 699 Yorkville, IL 60560 | Installment Payment Payment per Interest in Purchase contract and note dated December 1, 2009 | 1121-000 | $5,278.37 | | $54,179.64 |
| 01/11/12 | 2 | Thomas Alarm Systems, Inc. P.O. Box 699 Yorkville, IL 60560 | Installment Payment Payment per Interest in Purchase contract and note dated December 1, 2009 | 1121-000 | $5,278.37 | | $59,458.01 |
| 01/26/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.37 | | $59,458.38 |
| 01/26/12 | | Transfer to Acct # xxxxxx3358 | Transfer of Funds | 9999-000 | | $59,458.38 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $59,955.51 | $59,955.51 |
| Less: Bank Transfers/CD's | $0.00 | $59,458.38 |
| Subtotal | $59,955.51 | $497.13 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $59,955.51 | $497.13 |

Page Subtotals: $10,557.11 $59,458.38

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 10-35928　　　　　　　　　　　　　　　　　Trustee Name: Joji Takada, Chapter 7 Trustee
Case Name: Thomas Alarm Systems, Inc.　　　　　　　Bank Name: Associated Bank
　　　　　　　　　　　　　　　　　　　　　　　　　Account Number/CD#: XXXXXX9777
　　　　　　　　　　　　　　　　　　　　　　　　　Checking
Taxpayer ID No: XX-XXX8639　　　　　　　　　　　　Blanket Bond (per case limit): $5,000,000.00
For Period Ending: 08/10/2015　　　　　　　　　　　Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8271 | Transfer of Funds | 9999-000 | $89,556.17 | | $89,556.17 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $89,556.17 | $0.00 |
| Less: Bank Transfers/CD's | $89,556.17 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:　　　　　　　　　　　　$89,556.17　　　　$0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 10-35928 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Thomas Alarm Systems, Inc. | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX3358 |
| | Checking Account |
| Taxpayer ID No: XX-XXX8639 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/10/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/12 | | Transfer from Acct # xxxxxx6765 | Transfer of Funds | 9999-000 | $59,458.38 | | $59,458.38 |
| 02/03/12 | 2 | Thomas Alarm Systems, Inc. P.O. Box 699 Yorkville, IL 60560 | Installment Payment Payment per Interest in Purchase contract and note dated December 1, 2009 | 1121-000 | $5,278.37 | | $64,736.75 |
| 03/06/12 | 2 | Thomas Alarm Systems, Inc. P.O. Box 699 Yorkville, IL 60560 | Installment Payment Payment per Interest in Purchase contract and note dated December 1, 2009 | 1121-000 | $5,278.37 | | $70,015.12 |
| 01/10/13 | 1001 | Joji Takada, Bankruptcy Trustee of the Estate of thomas Alarm systems 6336 North Cicero avenu, Suite 201 Chicago, IL 60646 | Trustee reassignment transfer | 9999-000 | | $70,015.12 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $70,015.12 | $70,015.12 |
| Less: Bank Transfers/CD's | $59,458.38 | $70,015.12 |
| Subtotal | $10,556.74 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,556.74 | $0.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $70,015.12 | $70,015.12 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD** Exhibit B

Case No: 10-35928  
Case Name: Thomas Alarm Systems, Inc.  
Taxpayer ID No: XX-XXX8639  
For Period Ending: 08/10/2015  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Congressional Bank  
Account Number/CD#: XXXXXX9876  
Checking Account  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/23/13 | | Estate of Thomas Alarm Systems, Inc., 10-35928 Bradley Waller, Trustee 2045 Aberdeen Court Sycamore, Illinois 60178 | Funds re Trustee Reassignment Trustee Waller resigned from case | 9999-000 | $70,015.12 | | $70,015.12 |
| 02/12/13 | | Transfer to Acct # xxxxxx8271 | Transfer of Funds | 9999-000 | | $70,015.12 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $70,015.12 | $70,015.12 |
| Less: Bank Transfers/CD's | $70,015.12 | $70,015.12 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $70,015.12  $70,015.12

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit B

| | |
|---|---|
| Case No: 10-35928 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Thomas Alarm Systems, Inc. | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX8271 |
| | Checking |
| Taxpayer ID No: XX-XXX8639 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/10/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx9876 | Transfer of Funds | 9999-000 | $70,015.12 | | $70,015.12 |
| 03/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.07 | $69,958.05 |
| 03/27/13 | 100001 | INTERNATIONAL SURETIES 701 Poydras St Suite 420 New Orleans, LA 70139 | 2013 Blanket bond disbursement | 2300-000 | | $98.36 | $69,859.69 |
| 04/05/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $104.00 | $69,755.69 |
| 05/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $100.36 | $69,655.33 |
| 05/17/13 | 2 | John Biallas | Settlement payment Payment per court order dated 4/26/13 [Docket entry 57] | 1121-000 | $20,000.00 | | $89,655.33 |
| 06/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $114.11 | $89,541.22 |
| 06/18/13 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee Adjustment | 2600-000 | | ($114.11) | $89,655.33 |
| 05/08/14 | 100002 | INTERNATIONAL SURETIES 701 Poydras St Suite 420 New Orleans, LA 70139 | 2014 Blanket Bond Premium | 2300-000 | | $99.16 | $89,556.17 |
| 01/26/15 | | Transfer to Acct # xxxxxx9777 | Transfer of Funds | 9999-000 | | $89,556.17 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $90,015.12 | $90,015.12 |
| Less: Bank Transfers/CD's | $70,015.12 | $89,556.17 |
| Subtotal | $20,000.00 | $458.95 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $458.95 |

| | | |
|---|---:|---:|
| Page Subtotals: | $90,015.12 | $90,015.12 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3358 - Checking Account | $10,556.74 | $0.00 | $0.00 |
| XXXXXX6765 - Money Market Account | $59,955.51 | $497.13 | $0.00 |
| XXXXXX8271 - Checking | $20,000.00 | $458.95 | $0.00 |
| XXXXXX9777 - Checking | $0.00 | $0.00 | $89,556.17 |
| XXXXXX9876 - Checking Account | $0.00 | $0.00 | $0.00 |
| | $90,512.25 | $956.08 | $89,556.17 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $90,512.25 |
| Total Gross Receipts: | $90,512.25 |

Page Subtotals:    $0.00    $0.00

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 10-35928  
Debtor Name: Thomas Alarm Systems, Inc.  
Claims Bar Date: 8/31/2011  

Date: August 10, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $7,775.61 | $7,775.61 |
| 100 3410 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | | $0.00 | $7,775.75 | $7,775.75 |
| 100 3420 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | | $0.00 | $0.00 | $0.00 |
| 2 280 5800 | Illinois Department Of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10Th Flr. | Priority | | $0.00 | $4,957.15 | $4,957.15 |
| 6 280 5800 | Illinois Department Of Revenue<br>Bankruptcy Section<br>Po Box 64338<br>Chicago, Il 60664-0338 | Priority | | $0.00 | $12,416.28 | $12,416.28 |
| 9 280 5800 | Department Of Treasury-Internal Revenue Service<br>Po Box 7346<br>Philadelphia, Pa 19101-7346 | Priority | | $0.00 | $215,611.57 | $215,611.57 |
| 1 300 7100 | Carter Brothers Llc<br>Robert Costello General Counsel<br>C/O Carter Brothers Llc<br>500 Cypress Creek Rd Ste 650<br>Ft Lauderdale Fl, 33309 | Unsecured | | $0.00 | $37,574.33 | $37,574.33 |
| 2 300 7100 | Illinois Department Of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10Th Flr. | Unsecured | | $0.00 | $229.99 | $229.99 |
| 3 300 7100 | H.A. Gordon & Co<br>2625 Butterfield Rd<br>Ste 129W<br>Oak Brook, Il 60523 | Unsecured | | $0.00 | $1,600.00 | $1,600.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 10-35928  
Debtor Name: Thomas Alarm Systems, Inc.  
Claims Bar Date: 8/31/2011  
Date: August 10, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4 300 7100 | Carter Brothers Llc<br>Robert Costello General Counsel<br>C/O Carter Brothers Llc<br>500 Cypress Creek Rd Ste 650<br>Ft Lauderdale Fl, 33309 | Unsecured | | $0.00 | $7,399.61 | $7,399.61 |
| 5 300 7100 | Security Equipment Supply<br>Po Box 66971 Dept S<br>Saint Louis, Mo 63166-6971 | Unsecured | | $0.00 | $7,299.67 | $7,299.67 |
| 6 300 7100 | Illinois Department Of Revenue<br>Bankruptcy Section<br>Po Box 64338<br>Chicago, Il 60664-0338 | Unsecured | | $0.00 | $1,509.34 | $1,509.34 |
| 7 300 7100 | Ace Propertly & Casualty Insurance Company<br>C/O Saverlo Rocca, Esquire<br>Ace Property & Casualty Insurance Compan<br>436 Walnut St, Wa04k, Phila. Pa 19106 | Unsecured | | $0.00 | $1,024.00 | $1,024.00 |
| 8 300 7100 | David Sorich<br>C/O Jeffrey S. Burns<br>Crowley Barrett & Karaba, Ltd<br>20 S. Clark Street, Suite 2310<br>Chicago, Il 60603 | Unsecured | Disallowed claim | $0.00 | $218,962.97 | $0.00 |
| 9 300 7100 | Department Of Treasury-Internal Revenue Service<br>Po Box 7346<br>Philadelphia, Pa 19101-7346 | Unsecured | | $0.00 | $62,741.10 | $62,741.10 |
| | Case Totals | | | $0.00 | $586,877.37 | $367,914.40 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-35928
Case Name: Thomas Alarm Systems, Inc.
Trustee Name: Joji Takada, Chapter 7 Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 89,556.17 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 7,775.61 | $ 0.00 | $ 7,775.61 |
| Accountant for Trustee Fees: Callero and Callero LLP | $ 7,775.75 | $ 0.00 | $ 7,775.75 |
| Total to be paid for chapter 7 administrative expenses | | $ | 15,551.36 |
| Remaining Balance | | $ | 74,004.81 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 232,985.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Illinois Department Of Employment Security | $ 4,957.15 | $ 0.00 | $ 1,574.58 |
| 6 | Illinois Department Of Revenue | $ 12,416.28 | $ 0.00 | $ 3,943.88 |
| 9 | Department Of Treasury- Internal Revenue Service | $ 215,611.57 | $ 0.00 | $ 68,486.35 |

Total to be paid to priority creditors          $            74,004.81

Remaining Balance          $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 119,378.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Carter Brothers Llc | $ 37,574.33 | $ 0.00 | $ 0.00 |
| 2 | Illinois Department Of Employment Security | $ 229.99 | $ 0.00 | $ 0.00 |
| 3 | H.A. Gordon & Co | $ 1,600.00 | $ 0.00 | $ 0.00 |
| 4 | Carter Brothers Llc | $ 7,399.61 | $ 0.00 | $ 0.00 |
| 5 | Security Equipment Supply | $ 7,299.67 | $ 0.00 | $ 0.00 |
| 6 | Illinois Department Of Revenue | $ 1,509.34 | $ 0.00 | $ 0.00 |
| 7 | Ace Property & Casualty Insurance Company | $ 1,024.00 | $ 0.00 | $ 0.00 |
| 8 | David Sorich | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Department Of Treasury-Internal Revenue Service | $ 62,741.10 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE