**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-35928 |
| Thomas Alarm Systems, Inc. | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND
DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

Date:     9/18/2015
Time:     9:00 A.M.
Location: Joliet City Hall
          Second Floor
          150 West Jefferson Street
          Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  8/11/15            By:   /s/ Joji Takada
                                                Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re: §
§
Thomas Alarm Systems, Inc. § Case No. 10-35928
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 90,512.25 |
| and approved disbursements of | $ | 956.08 |
| leaving a balance on hand of[1] | $ | 89,556.17 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joji Takada | $ 7,775.61 | $ 0.00 | $ 7,775.61 |
| Accountant for Trustee Fees: Callero and Callero LLP | $ 7,775.75 | $ 0.00 | $ 7,775.75 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 15,551.36 |
| Remaining Balance | $ | 74,004.81 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 232,985.00  must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Illinois Department Of Employment Security | $ 4,957.15 | $ 0.00 | $ 1,574.58 |
| 6 | Illinois Department Of Revenue | $ 12,416.28 | $ 0.00 | $ 3,943.88 |
| 9 | Department Of Treasury-Internal Revenue Service | $ 215,611.57 | $ 0.00 | $ 68,486.35 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | | $ 74,004.81 |
| Remaining Balance | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 56,636.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Carter Brothers Llc | $ 37,574.33 | $ 0.00 | $ 0.00 |
| 2 | Illinois Department Of Employment Security | $ 229.99 | $ 0.00 | $ 0.00 |
| 3 | H.A. Gordon & Co | $ 1,600.00 | $ 0.00 | $ 0.00 |
| 4 | Carter Brothers Llc | $ 7,399.61 | $ 0.00 | $ 0.00 |
| 5 | Security Equipment Supply | $ 7,299.67 | $ 0.00 | $ 0.00 |
| 6 | Illinois Department Of Revenue | $ 1,509.34 | $ 0.00 | $ 0.00 |
| 7 | Ace Propertly & Casualty Insurance Company | $ 1,024.00 | $ 0.00 | $ 0.00 |
| 8 | David Sorich | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | | $ 0.00 |

  Remaining Balance                     $_____0.00

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

          Prepared By:  Joji Takada_____
                        Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 10-35928-BWB
Thomas Alarm Systems, Inc.                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina              Page 1 of 2         Date Rcvd: Aug 11, 2015
                              Form ID: pdf006            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2015.
db             #+Thomas Alarm Systems, Inc.,   711 N. Bridge Street,    Yorkville, IL 60560-1106
17697337         ACE Propertly & Casualty Insurance Company,   c/o Saverlo Rocca, Esquire,
                 ACE Property & Casualty Insurance Compan,   436 Walnut St, WA04K, Phila. PA 19106
15981996         Ace USA,   Dept. CH 14089,   Palatine, IL 60055-4089
15981997        +Ampherage Electrical Supply,   359 W. Irving Park,   Roselle, IL 60172-1124
15981998         Batteries Plus,   Dept #10179,   PO BOX 87618,   Chicago, IL 60680-0618
15981999        +Castle Bank,   109 W. Veteran's Parkway,   Attn: Philip Haugen VP,   Yorkville, IL 60560-1905
15982000         Central Insurance Company,   PO BOX 848,   Van Wert, OH 45891
15982002        +David Sorich,   C/O Attorney Wade Joyner,   PO BOX 1625,   Aurora, IL 60507-1625
17739582        +David Sorich,   c/o Jeffrey S. Burns,   Crowley Barrett & Karaba, Ltd,
                 20 S. Clark Street, Suite 2310,   Chicago, IL 60603-1806
15982003        +Gill Repographics,   17W715 Butterfield Rd.,   Villa Park, IL 60181-4203
15982004        +H.A. Gordon & Co,   2625 Butterfield Rd,   ste 129W,   Oak Brook, IL 60523-1254
15982008        +Notifier,   98534 Collections Drive,   Chicago, IL 60693-0001
15982009        +Saddle River Inc.,   PO BOX 381,   Lockport, IL 60441-6381
15982010         Security Equipment Supply,   PO BOX 66971 Dept S,   Saint Louis, MO 63166-6971
15982013         Thomas E. O'Brien,   911 Bridge Street,   Yorkville, IL 60560
15982014         Wachovia bank,   C/O Edwards Service,   PO BOX 933815,   Atlanta, GA 31193-3815
15982015        +Windy City Wire,   23630 Network Place,   Chicago, IL 60673-1236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15982001        +E-mail/Text: sboren@cacliens.com Aug 12 2015 01:28:44     Contractor's Adjustment Company,
                 570 Lake Cook Rd.,   Ste 305,   Deerfield, IL 60015-4952
19481835         E-mail/Text: cio.bncmail@irs.gov Aug 12 2015 01:28:20
                 Department of Treasury-Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
15982006         E-mail/Text: rev.bankruptcy@illinois.gov Aug 12 2015 01:29:07
                 Illinois Department of Revenue,   Bankruptcy Section Level 7-425,   100 West Randolf Street,
                 Chicago, IL 60601
16718210        +E-mail/Text: des.claimantbankruptcy@illinois.gov Aug 12 2015 01:31:09
                 Illinois Department of Employment Security,   33 South State Street,
                 Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
17670153         E-mail/Text: rev.bankruptcy@illinois.gov Aug 12 2015 01:29:07
                 Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
15982011         E-mail/Text: appebnmailbox@sprint.com Aug 12 2015 01:28:53     Sprint,   PO BOX 4181,
                 Carol Stream, IL 60197-4191
                                                                                             TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15982007*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,   Mail Stop 5010 CHI,
                 230 S Dearborn Street,   Chicago, IL 60604)
16041223       ##+Carter Brothers LLC,   Robert Costello General Counsel,   c/o Carter Brothers LLC,
                 500 Cypress Creek Rd Ste 650,   Ft Lauderdale Fl 33309-6147
15982005       ##+High Rise Security Systems,   762 Burr Oak Drive,   Westmont, IL 60559-1122
15982012       ##+Thomas E. O'Brien,   711 N. Bridge Street,   Yorkville, IL 60560-1106
                                                                                 TOTALS: 0, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2015                           Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: nmolina              Page 2 of 2              Date Rcvd: Aug 11, 2015
                              Form ID: pdf006            Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2015 at the address(es) listed below:
              Jeffrey S. Burns    on behalf of Creditor David  Sorich jburns@cbklaw.com
              John S Biallas    on behalf of Debtor    Thomas Alarm Systems, Inc. jsb70@comcast.net
              Joji  Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com,
               jtakada@ecf.epiqsystems.com
              Joji  Takada    on behalf of Accountant    Callero & Callero LLP trustee@takadallc.com,
               jtakada@ecf.epiqsystems.com
              Joji  Takada    trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Wade R Joyner    on behalf of Creditor David  Sorich ddwoodslaw@yahoo.com,   wj@lorenzinilaw.com
                                                                                              TOTAL: 7
```