UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
Thomas Alarm Systems, Inc. § Case No. 10-35928
§
Debtor §
§

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee         , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 18,118.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 74,004.81 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 16,507.44 | |

3) Total gross receipts of $ 90,512.25 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 90,512.25 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 15,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 16,507.44 | 16,507.44 | 16,507.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 151,014.90 | 232,985.00 | 232,985.00 | 74,004.81 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 308,402.38 | 338,341.01 | 119,378.04 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 474,417.28 | $ 587,833.45 | $ 368,870.48 | $ 90,512.25 |

4) This case was originally filed under chapter 7 on 08/11/2010 . The case was pending for 67 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/12/2016          By:/s/Joji Takada, Chapter 7 Trustee
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interest in Note Receivable--Purchase Contract | 1121-000 | 90,509.42 |
| Post-Petition Interest Deposits | 1270-000 | 2.83 |
| **TOTAL GROSS RECEIPTS** | | **$90,512.25** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Castle Bank 109 W. Veteran's Parkway Attn: Philip Haugen VP Yorkville, IL 60560 | | 15,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 15,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Brad Waller | 2100-000 | NA | 3,110.24 | 3,110.24 | 3,110.24 |
| Joji Takada | 2100-000 | NA | 4,665.37 | 4,665.37 | 4,665.37 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 197.52 | 197.52 | 197.52 |
| The Bank of New York Mellon | 2600-000 | NA | 758.56 | 758.56 | 758.56 |
| Callero and Callero LLP | 3410-000 | NA | 7,775.75 | 7,775.75 | 7,775.75 |
| Callero and Callero LLP | 3420-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 16,507.44 | $ 16,507.44 | $ 16,507.44 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 West Randolf Street Chicago, IL 60601 | | 9,999.94 | NA | NA | 0.00 |
| | Internal Revenue Service Mail Stop 5010 CHI 230 S Dearborn Street Chicago, IL 60604 | | 141,014.96 | NA | NA | 0.00 |
| 9 | Department Of Treasury- Internal Revenue Service | 5800-000 | NA | 215,611.57 | 215,611.57 | 68,486.35 |
| 2 | Illinois Department Of Employment Security | 5800-000 | NA | 4,957.15 | 4,957.15 | 1,574.58 |
| 6 | Illinois Department Of Revenue | 5800-000 | NA | 12,416.28 | 12,416.28 | 3,943.88 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 151,014.90 | $ 232,985.00 | $ 232,985.00 | $ 74,004.81 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ace USA Dept. CH 14089 Palatine, IL 60055-4089 | | 3,691.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ampherage Electrical Supply 359 W. Irving Park Roselle, IL 60172 | | 3,069.19 | NA | NA | 0.00 |
| | Batteries Plus Dept #10179 PO BOX 87618 Chicago, IL 60680-0618 | | 233.28 | NA | NA | 0.00 |
| | Central Insurance Company PO BOX 848 Van Wert, OH 45891 | | 2,439.04 | NA | NA | 0.00 |
| | Contractor's Adjustment Company 570 Lake Cook Rd. Ste 305 Deerfield, IL 60015 | | 1,260.00 | NA | NA | 0.00 |
| | David Sorich C/O Attorney Wade Joyner PO BOX 1625 Aurora, IL 60506-1625 | | 211,191.98 | NA | NA | 0.00 |
| | Gill Repographics 17W715 Butterfield Rd. Villa Park, IL 60181 | | 1,540.96 | NA | NA | 0.00 |
| | H.A. Gordon & Co 2625 Butterfield Rd ste 129W Oak Brook, IL 60523 | | 1,600.00 | NA | NA | 0.00 |
| | High Rise Security Systems 762 Burr Oak Drive Westmont, IL 60559 | | 7,820.56 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Notifier 98534 Collections Drive Chicago, IL 60693 | | 18,486.75 | NA | NA | 0.00 |
| | Saddle River Inc. PO BOX 381 Lockport, IL 60441 | | 4,570.00 | NA | NA | 0.00 |
| | Security Equipment Supply PO BOX 66971 Dept S Saint Louis, MO 63166-6971 | | 7,215.76 | NA | NA | 0.00 |
| | Sprint PO BOX 4181 Carol Stream, IL 60197-4191 | | 1,529.00 | NA | NA | 0.00 |
| | Wachovia bank C/O Edwards Service PO BOX 933815 Atlanta, GA 31193-3815 | | 37,574.33 | NA | NA | 0.00 |
| | Windy City Wire 23630 Network Place Chicago, IL 60673 | | 6,180.53 | NA | NA | 0.00 |
| 7 | Ace Propertly & Casualty Insurance Company | 7100-000 | NA | 1,024.00 | 1,024.00 | 0.00 |
| 4 | Carter Brothers Llc | 7100-000 | NA | 7,399.61 | 7,399.61 | 0.00 |
| 1 | Carter Brothers Llc | 7100-000 | NA | 37,574.33 | 37,574.33 | 0.00 |
| 8 | David Sorich | 7100-000 | NA | 218,962.97 | 0.00 | 0.00 |
| 9 | Department Of Treasury-Internal Revenue Service | 7100-000 | NA | 62,741.10 | 62,741.10 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | H.A. Gordon & Co | 7100-000 | NA | 1,600.00 | 1,600.00 | 0.00 |
| 2 | Illinois Department Of Employment Security | 7100-000 | NA | 229.99 | 229.99 | 0.00 |
| 6 | Illinois Department Of Revenue | 7100-000 | NA | 1,509.34 | 1,509.34 | 0.00 |
| 5 | Security Equipment Supply | 7100-000 | NA | 7,299.67 | 7,299.67 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 308,402.38 | $ 338,341.01 | $ 119,378.04 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-35928 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Thomas Alarm Systems, Inc. | | | | Date Filed (f) or Converted (c): | 08/11/2010 (f) |
| | | | | | 341(a) Meeting Date: | 08/11/2010 |
| For Period Ending: | 02/12/2016 | | | | Claims Bar Date: | 08/31/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Accounts Receivable  Receivables from: D.L. Cook $3,200.; G&H Developers $10.793.00; Jake And Elwood's $125.00 and M&S Security Systems $4,000 | 18,118.00 | 3,118.00 | | 0.00 | FA |
| 2. Interest in Note Receivable--Purchase Contract  Interest in Purchase contract and note dated December 1, 2009 | Unknown | 0.00 | | 90,509.42 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.83 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $18,118.00 | $3,118.00 |  | $90,512.25 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Brad Waller Note: Receiving monthly payments on Note Receivable--Purchase Contract; pending motion to compromise the Note Receivable--Purchase Contract for $20,000.00. 123013--Have settled note for $20,000 payment; Have hired accountant and are awaiting completion of prepetition tax returns in order to prepare and complete estate tax returns.

Tax returns prepared/filed -- Joji Takada 11/30/2014

Issue has arisen re prepetition tax returns (not responsibility of bankruptcy estate); Trustee accountant following up with IRS and Debtor account re same. - Joji Takada 2/25/2015

Prepetition tax returns reviewed; Estate tax returns filed. - Joji Takada 6/24/2015

TFR prepared, filed and approved; Distribution checks issued. - Joji Takada 10/4/2015

All distribution checks cleared; Preparing TDR. - Joji Takada 12/22/2015

Initial Projected Date of Final Report (TFR): 12/31/2013    Current Projected Date of Final Report (TFR): 12/31/2015

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-35928 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Thomas Alarm Systems, Inc. | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX6765 |
| | | | Money Market Account |
| Taxpayer ID No: | XX-XXX8639 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/12/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/08/11 | 2 | Thomas Alarm Systems, Inc.<br>P.O. Box 699<br>Yorkville, IL 60560 | Installment Payment<br>Payment per Interest in<br>Purchase contract and note<br>dated December 1, 2009 | 1121-000 | $5,278.37 | | $5,278.37 |
| 03/08/11 | 2 | Thomas Alarm Inc.<br>P.O. Box 699<br>Yorkville, IL 60560 | Installment Payment<br>Payment per Interest in<br>Purchase contract and note<br>dated December 1, 2009 | 1121-000 | $1,890.61 | | $7,168.98 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $7,169.02 |
| 04/11/11 | 2 | Thomas Alarm Systems, Inc.<br>P.O. Box 699<br>Yorkville, IL 60560 | Installment Payment<br>Payment per Interest in<br>Purchase contract and note<br>dated December 1, 2009 | 1121-000 | $5,278.37 | | $12,447.39 |
| 04/20/11 | 2 | Thomas Alarm Systems, Inc.<br>P.O. Box 699<br>Yorkville, IL 60560 | Installment Payment<br>Payment per Interest in<br>Purchase contract and note<br>dated December 1, 2009 | 1121-000 | $5,278.37 | | $17,725.76 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $17,725.85 |
| 05/26/11 | 2 | Thomas Alarm Systems, Inc.<br>P.O. Box 699<br>Yorkville, IL 60560 | Installment Payment<br>Payment per Interest in<br>Purchase contract and note<br>dated December 1, 2009 | 1121-000 | $5,278.37 | | $23,004.22 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 | | $23,004.37 |
| 06/27/11 | 2 | Thomas Alarm Systems, Inc.<br>P.O. Box 699<br>Yorkville, IL 60560 | Installment Payment<br>Payment per Interest in<br>Purchase contract and note<br>dated December 1, 2009 | 1121-000 | $5,278.37 | | $28,282.74 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.19 | | $28,282.93 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.24 | | $28,283.17 |
| 08/01/11 | | The Bank of New York Mellon | Bank and technology Services Fee | 2600-000 | | $54.24 | $28,228.93 |

| | | | Page Subtotals: | | $28,283.17 | $54.24 | |

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-35928 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Thomas Alarm Systems, Inc. | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX6765 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX8639 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/12/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/08/11 | 2 | Thomas Alarm Systems, Inc.<br>P.O. Box 699<br>Yorkville, IL 60560 | Installment Payment<br>Payment per Interest in<br>Purchase contract and note<br>dated December 1, 2009 | 1121-000 | $5,278.37 | | $33,507.30 |
| 08/29/11 | 2 | Thomas Alarm Systems, Inc.<br>P.O. Box 699<br>Yorkville, IL 60560 | Installment Payment<br>Payment per Interest in<br>Purchase contract and note<br>dated December 1, 2009 | 1121-000 | $5,278.37 | | $38,785.67 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.27 | | $38,785.94 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $74.07 | $38,711.87 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($1.94) | $38,713.81 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.31 | | $38,714.12 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $79.55 | $38,634.57 |
| 10/11/11 | 2 | Thomas Alarm Systems, Inc.<br>P.O. Box 699<br>Yorkville, IL 60560 | Installment Payment<br>Payment per Interest in<br>Purchase contract and note<br>dated December 1, 2009 | 1121-000 | $5,278.37 | | $43,912.94 |
| 10/27/11 | 2 | Thomas Alarm Systems, Inc.<br>P.O. Box 699<br>Yorkville, IL 60560 | Installment Payment<br>Payment per Interest in<br>Purchase contract and note<br>dated December 1, 2009 | 1121-000 | $5,278.37 | | $49,191.31 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.36 | | $49,191.67 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $82.89 | $49,108.78 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.40 | | $49,109.18 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $107.64 | $49,001.54 |

Page Subtotals: $21,114.82  $342.21

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-35928 |
| Case Name: | Thomas Alarm Systems, Inc. |
| Taxpayer ID No: | XX-XXX8639 |
| For Period Ending: | 02/12/2016 |

| | |
|---|---|
| Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Bank Name: | The Bank of New York Mellon |
| Account Number/CD#: | XXXXXX6765 |
| | Money Market Account |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.41 | | $49,001.95 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $100.68 | $48,901.27 |
| 01/11/12 | 2 | Thomas Alarm Systems, Inc. P.O. Box 699 Yorkville, IL 60560 | Installment Payment Payment per Interest in Purchase contract and note dated December 1, 2009 | 1121-000 | $5,278.37 | | $54,179.64 |
| 01/11/12 | 2 | Thomas Alarm Systems, Inc. P.O. Box 699 Yorkville, IL 60560 | Installment Payment Payment per Interest in Purchase contract and note dated December 1, 2009 | 1121-000 | $5,278.37 | | $59,458.01 |
| 01/26/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.37 | | $59,458.38 |
| 01/26/12 | | Transfer to Acct # xxxxxx3358 | Transfer of Funds | 9999-000 | | $59,458.38 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $59,955.51 | $59,955.51 |
| Less: Bank Transfers/CD's | $0.00 | $59,458.38 |
| Subtotal | $59,955.51 | $497.13 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $59,955.51 | $497.13 |

Page Subtotals: $10,557.52 $59,559.06

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-35928 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Thomas Alarm Systems, Inc. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9777 |
| | Checking |
| Taxpayer ID No: XX-XXX8639 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/12/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8271 | Transfer of Funds | 9999-000 | $89,556.17 | | $89,556.17 |
| 09/25/15 | 30006 | Department Of Treasury-Internal Revenue Service Po Box 7346 Philadelphia, Pa 19101-7346 | Final distribution per court order. Reversal Used wrong distribution. | 5800-000 | | ($61,290.56) | $150,846.73 |
| 09/25/15 | 30005 | Illinois Department Of Revenue Bankruptcy Section Po Box 64338 Chicago, Il 60664-0338 | Final distribution per court order. Reversal Used wrong distribution. | 5800-000 | | ($3,529.50) | $154,376.23 |
| 09/25/15 | 30004 | Illinois Department Of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10Th Flr. | Final distribution per court order. Reversal Used wrong distribution. | 5800-000 | | ($1,409.14) | $155,785.37 |
| 09/25/15 | 30003 | Callero and Callero LLP 7800 North Milwaukee Avenue Niles, Illinois 60714 Attn: Ryan Matsui | Final distribution per court order. Reversal Used wrong distribution. | 3410-000 | | ($7,775.75) | $163,561.12 |
| 09/25/15 | 30002 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. Reversal Used wrong distribution. | 2100-000 | | ($4,665.37) | $168,226.49 |
| 09/25/15 | 30001 | Brad Waller 85 Tigert Lane Dekalb, Illinois 60115 | Final distribution per court order. Reversal Used wrong distribution. | 2100-000 | | ($10,885.85) | $179,112.34 |
| 09/25/15 | 30001 | Brad Waller 85 Tigert Lane Dekalb, Illinois 60115 | Final distribution per court order. | 2100-000 | | $10,885.85 | $168,226.49 |
| 09/25/15 | 30002 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $4,665.37 | $163,561.12 |
| 09/25/15 | 30003 | Callero and Callero LLP 7800 North Milwaukee Avenue Niles, Illinois 60714 Attn: Ryan Matsui | Final distribution per court order. | 3410-000 | | $7,775.75 | $155,785.37 |

| | | | | Page Subtotals: | $89,556.17 | ($66,229.20) | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-35928 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Thomas Alarm Systems, Inc. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9777 |
| | Checking |
| Taxpayer ID No: XX-XXX8639 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/12/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/25/15 | 30004 | Illinois Department Of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10Th Flr. | Final distribution per court order. | 5800-000 | | $1,409.14 | $154,376.23 |
| 09/25/15 | 30005 | Illinois Department Of Revenue<br>Bankruptcy Section<br>Po Box 64338<br>Chicago, Il 60664-0338 | Final distribution per court order. | 5800-000 | | $3,529.50 | $150,846.73 |
| 09/25/15 | 30006 | Department Of Treasury-Internal Revenue Service<br>Po Box 7346<br>Philadelphia, Pa 19101-7346 | Final distribution per court order. | 5800-000 | | $61,290.56 | $89,556.17 |
| 09/25/15 | 30007 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $4,665.37 | $84,890.80 |
| 09/25/15 | 30008 | Brad Waller<br>85 Tigert Lane<br>Dekalb, Illinois 60115 | Final distribution per court order.<br>Split trustee commission with prior trustee Brad Waller. | 2100-000 | | $3,110.24 | $81,780.56 |
| 09/25/15 | 30009 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Final distribution per court order. | 3410-000 | | $7,775.75 | $74,004.81 |
| 09/25/15 | 30010 | Illinois Department Of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10Th Flr. | Final distribution per court order. | 5800-000 | | $1,574.58 | $72,430.23 |
| 09/25/15 | 30011 | Illinois Department Of Revenue<br>Bankruptcy Section<br>Po Box 64338<br>Chicago, Il 60664-0338 | Final distribution per court order. | 5800-000 | | $3,943.88 | $68,486.35 |
| 09/25/15 | 30012 | Department Of Treasury-Internal Revenue Service<br>Po Box 7346<br>Philadelphia, Pa 19101-7346 | Final distribution per court order. | 5800-000 | | $68,486.35 | $0.00 |

Page Subtotals: $0.00    $155,785.37

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $89,556.17 | $89,556.17 |
| Less: Bank Transfers/CD's | $89,556.17 | $0.00 |
| Subtotal | $0.00 | $89,556.17 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $89,556.17 |

Exhibit 9

Page Subtotals:    $0.00    $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-35928 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Thomas Alarm Systems, Inc. | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX3358 |
| | Checking Account |
| Taxpayer ID No: XX-XXX8639 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/12/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/12 | | Transfer from Acct # xxxxxx6765 | Transfer of Funds | 9999-000 | $59,458.38 | | $59,458.38 |
| 02/03/12 | 2 | Thomas Alarm Systems, Inc.<br>P.O. Box 699<br>Yorkville, IL 60560 | Installment Payment<br>Payment per Interest in Purchase contract and note dated December 1, 2009 | 1121-000 | $5,278.37 | | $64,736.75 |
| 03/06/12 | 2 | Thomas Alarm Systems, Inc.<br>P.O. Box 699<br>Yorkville, IL 60560 | Installment Payment<br>Payment per Interest in Purchase contract and note dated December 1, 2009 | 1121-000 | $5,278.37 | | $70,015.12 |
| 01/10/13 | 1001 | Joji Takada, Bankruptcy Trustee<br>of the Estate of thomas Alarm systems<br>6336 North Cicero avenu, Suite 201<br>Chicago, IL 60646 | Trustee reassignment transfer | 9999-000 | | $70,015.12 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $70,015.12 | $70,015.12 |
| Less: Bank Transfers/CD's | $59,458.38 | $70,015.12 |
| Subtotal | $10,556.74 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,556.74 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*   Page Subtotals:   $70,015.12   $70,015.12

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 10-35928
Case Name: Thomas Alarm Systems, Inc.
Taxpayer ID No: XX-XXX8639
For Period Ending: 02/12/2016

Trustee Name: Joji Takada, Chapter 7 Trustee
Bank Name: Congressional Bank
Account Number/CD#: XXXXXX9876
Checking Account
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/23/13 | | Estate of Thomas Alarm Systems, Inc., 10-35928<br>Bradley Waller, Trustee<br>2045 Aberdeen Court<br>Sycamore, Illinois 60178 | Funds re Trustee Reassignment<br>Trustee Waller resigned from case | 9999-000 | $70,015.12 | | $70,015.12 |
| 02/12/13 | | Transfer to Acct # xxxxxx8271 | Transfer of Funds | 9999-000 | | $70,015.12 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $70,015.12 | $70,015.12 |
| Less: Bank Transfers/CD's | $70,015.12 | $70,015.12 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

Page Subtotals: $70,015.12   $70,015.12

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-35928 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Thomas Alarm Systems, Inc. | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX8271 |
| | Checking |
| Taxpayer ID No: XX-XXX8639 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/12/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx9876 | Transfer of Funds | 9999-000 | $70,015.12 | | $70,015.12 |
| 03/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.07 | $69,958.05 |
| 03/27/13 | 100001 | INTERNATIONAL SURETIES 701 Poydras St Suite 420 New Orleans, LA 70139 | 2013 Blanket bond disbursement | 2300-000 | | $98.36 | $69,859.69 |
| 04/05/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $104.00 | $69,755.69 |
| 05/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $100.36 | $69,655.33 |
| 05/17/13 | 2 | John Biallas | Settlement payment Payment per court order dated 4/26/13 [Docket entry 57] | 1121-000 | $20,000.00 | | $89,655.33 |
| 06/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $114.11 | $89,541.22 |
| 06/18/13 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee Adjustment | 2600-000 | | ($114.11) | $89,655.33 |
| 05/08/14 | 100002 | INTERNATIONAL SURETIES 701 Poydras St Suite 420 New Orleans, LA 70139 | 2014 Blanket Bond Premium | 2300-000 | | $99.16 | $89,556.17 |
| 01/26/15 | | Transfer to Acct # xxxxxx9777 | Transfer of Funds | 9999-000 | | $89,556.17 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $90,015.12 | $90,015.12 |
| Less: Bank Transfers/CD's | $70,015.12 | $89,556.17 |
| Subtotal | $20,000.00 | $458.95 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $458.95 |
| Page Subtotals: | $90,015.12 | $90,015.12 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3358 - Checking Account | $10,556.74 | $0.00 | $0.00 |
| XXXXXX6765 - Money Market Account | $59,955.51 | $497.13 | $0.00 |
| XXXXXX8271 - Checking | $20,000.00 | $458.95 | $0.00 |
| XXXXXX9777 - Checking | $0.00 | $89,556.17 | $0.00 |
| XXXXXX9876 - Checking Account | $0.00 | $0.00 | $0.00 |
|  | $90,512.25 | $90,512.25 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $90,512.25 |
| Total Gross Receipts: | $90,512.25 |